**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and for good cause shown, it is hereby ordered as follows: (1) the initial case management conference in the above captioned action is hereby continued from August 13, 2010, at 2:30 p.m. to ~~October 29, 2010,~~ November 5, 2010 at 2:30 p.m.; (2) the deadline to hold the Rule 26(f) conference is hereby continued from July 23, 2010, to October 8, 2010; and (3) the deadlines for the parties to file their joint Rule 26(f) report and the deadline for the parties to serve their respective Rule 26(a) initial disclosures is hereby continued from August 6, 2010, to October 15, 2010.

Dated: July ____, 2010

_____
HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

Firmwide:96590643.1 063929.1002

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Stipulation and [Proposed] Order
Continuing Initial Case Management
Conference

4.

Case No. CV10-01929 SI