1   MORGAN, LEWIS & BOCKIUS LLP
    DARYL S. LANDY, State Bar No. 136288
2   2 Palo Alto Square
    3000 El Camino Real, Suite 700
3   Palo Alto, CA 94306-2122
    Tel: 650.843.4000
4   Fax: 650.843.4001
    E-mail: dlandy@MorganLewis.com
5
    MORGAN, LEWIS & BOCKIUS LLP
6   REBECCA LICHT, State Bar No. 267752
    One Market Street, Spear Street Tower
7   San Francisco, California 94105-1126
    Tel: 415.442.1000
8   Fax: 415.442.1001
    E-mail: rebecca.licht@MorganLewis.com
9
    Attorneys for Defendant
10  COMCAST CORPORATION and COMCAST
    CABLE COMMUNICATIONS
11  MANAGEMENT, LLC

12  *Additional counsel on next page*

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                      SAN FRANCISCO DIVISION

16

17  JASON TOY on behalf of himself and all        Case No. CV-10-01929 SI
    others similarly situated,
18                                                 **STIPULATION TO FURTHER EXTEND
                  Plaintiff,                        TIME FOR COMCAST CORPORATION
19                                                  AND COMCAST CABLE
           vs.                                      COMMUNICATIONS MANAGEMENT,
20                                                  LLC TO RESPOND TO PLAINTIFFS'
    TRIWIRE ENGINEERING SOLUTIONS,                  THIRD AMENDED COMPLAINT**
21  INC., COMCAST CORPORATION,
    COMCAST CABLE COMMUNICATIONS
22  MANAGEMENT, LLC and DOES 1
    through 60, inclusive,
23
                  Defendants.
24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
   PALO ALTO

1    DANIEL BERKO, State Bar No. 94912
     LAW OFFICE OF DANIEL BERKO
2    819 Eddy Street
     San Francisco, CA 94109
3    Telephone: 415.771.6174
     Fax No.: 415.747.3748
4    Email: berkolaw@sbcglobal.net

5    MICHAEL VON LOEWENFELDT, State Bar No. 178665
     DANIEL A. ZAHEER, State Bar No. 237118
6    KERR & WAGSTAFFE LLP
     100 Spear Street, Suite 1800
7    San Francisco, CA 94105.1528
     Telephone: 415.371-8500
8    Fax No.: 415.371-0500
     Email: mvl@kerrwagstaffe.com
9    Email zaheer@kerrwagstaffe.com

10   Attorneys for Plaintiffs
     JASON TOY and CHEIDU NWAMUO
11
     on behalf of themselves and all others similarly situated
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP
 ATTORNEYS AT LAW
    PALO ALTO

STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT
CASE NO. CV-10-01929 SI

1    Defendants Comcast Corporation and Comcast Communications Management, LLC

2    (collectively "Defendants" or "Comcast") and Plaintiffs Jason Toy and Cheidu Nwamuo

3    ("Plaintiffs"), by and through their respective counsel, stipulate to extend the time for Comcast to

4    respond to Plaintiffs' Third Amended Complaint pursuant to Civil Local Rule 6-1(a) of the

5    Northern District of California, as follows:

6        WHEREAS, Plaintiffs filed their Third Amended Complaint in the Northern District of

7    California on October 4, 2010;

8        WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Comcast's response to

9    the Third Amended Complaint was originally due to be filed and served on October 18, 2010;

10       WHEREAS, on October 18, 2010 the parties agreed to an extension of time for Comcast

11   to respond to the Third Amended Complaint from October 18, 2010 to the date defendant

12   TriWire's response was due to the operative Complaint following the ruling on TriWire's motion

13   to dismiss and/or motion to strike Plaintiffs' Third Amended Complaint;

14       WHEREAS, the ruling on TriWire's motion to dismiss was issued January 24, 2011,

15   making Comcast's response to the Third Amended Complaint due at the earliest on February 3,

16   2011;

17       WHEREAS, the parties have agreed to an additional short extension of time for Comcast

18   to respond to the Third Amended Complaint, from February 3, 2011 to February 7, 2011.

19       THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and

20   Comcast that Comcast will have until February 7, 2011 to file and serve its response to the Third

21   Amended Complaint.

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION TO FURTHER EXTEND TIME TO
RESPOND TO PLAINTIFFS' COMPLAINT
CASE NO. CV-10-01929 SI

Dated: February 3, 2011

LAW OFFICE OF DANIEL BERKO
KERR WAGSTAFFE

By ___/s/ Daniel Berko_____
Daniel Berko
Michael Von Loewenfeldt
Attorneys for Plaintiffs
JASON TOY and CHEIDU NWAMUO on
behalf of themselves and all others similarly
situated

Dated: February 3, 2011

MORGAN, LEWIS & BOCKIUS LLP

By ___/s/ Rebecca Licht_____
Daryl Landy
Rebecca Licht
Attorneys for Defendants
COMCAST CORPORATION and
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC

DB2/22197020.2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

*Susan Illston*
Judge Susan Illston

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION TO EXTEND TIME TO RESPOND
TO PLAINTIFFS' COMPLAINT
CASE NO. CV-10-01929 SI