UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

JASON TOY, et al.,
        Plaintiff,

   v.

TRIWIRE ENGINEERING SOLUTIONS, INC., et al.,
        Defendants.
_____/

No. C 10-1929 SI

**ORDER RE: ATTENDANCE AT ENE**

Date:    April 15, 2011
Mediator:    Roderick Bushnell

    IT IS HEREBY ORDERED that the requests for defendant TriWire Engineering Solutions, Inc.'s representative, Nick Tensen, and defendant Comcast's representative, David Brier, to attend telephonically the April 15, 2011 ENE before Roderick Bushnell are GRANTED. Both representatives shall be available at all times to participate in the mediation session in accordance with ADR L.R. 5-10(f).

    IT IS SO ORDERED.

March 31, 2011      By:    _/s/ Elizabeth D. Laporte_
Dated
                          Elizabeth D. Laporte
                      United States Magistrate Judge