UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JASON TOY, et al.,<br>　　　　Plaintiffs, | No. C 10-1929 SI |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| TRIWIRE ENGINEERING SOLUTIONS,<br>INC., et al.,<br>　　　　Defendants. | Date:　　April 15, 2011<br>Mediator:　Roderick Bushnell |

IT IS HEREBY ORDERED that the requests for defendant TriWire Engineering Solutions, Inc.'s representative, Nick Tensen, and defendant Comcast Cable Communications Management, LLC's representative, David Brier, to attend telephonically the April 15, 2011 ENE before Roderick Bushnell are GRANTED. Both representatives shall be available at all times to participate in the ENE session in accordance with ADR L.R. 5-10(f).

IT IS FURTHER ORDERED that, should the parties agree to convene a further ENE session(s) in this matter, Mr. Tensen and Mr. Brier shall attend and participate in person, unless they make a renewed request, and obtain permission, for telephonic participation.

IT IS SO ORDERED.

March 31, 2011　　　　　By:　　　/s/ Elizabeth D. Laporte
Dated
　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　United States Magistrate Judge