| | |
|---|---|
| 1 | MORGAN, LEWIS & BOCKIUS LLP |
|   | DARYL S. LANDY, State Bar No. 136288 |
| 2 | 2 Palo Alto Square |
|   | 3000 El Camino Real, Suite 700 |
| 3 | Palo Alto, CA  94306-2122 |
|   | Tel:  650.843.4000 |
| 4 | Fax: 650.843.4001 |
|   | E-mail:  dlandy@MorganLewis.com |

*IT IS SO ORDERED*
*Judge Susan Illston*

MORGAN, LEWIS & BOCKIUS LLP
STEPHEN L. TAEUSCH, State Bar No. 247708
REBECCA LICHT, State Bar No. 267752
One Market Street, Spear Street Tower
San Francisco, California  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001
E-mail: staeusch@MorganLewis.com
E-mail: rebecca.licht@MorganLewis.com

Attorneys for Defendants
COMCAST CORPORATION and COMCAST
CABLE COMMUNICATIONS
MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASON TOY and CHIEDU NWAMUO, on behalf of themselves and all others similarly situated, | Case No. CV-10-01929 SI |
| | **SUBSTITUTION OF ATTORNEY** |
| Plaintiff, | |
| vs. | |
| TRIWIRE ENGINEERING SOLUTIONS, INC., COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC and DOES 1 through 60, inclusive, | |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

SUBSTITUTION OF ATTORNEY
(CASE NO.: CV-10-01929 SI)

1  Defendants COMCAST CORPORATION and COMCAST CABLE
2  COMMUNICATIONS MANAGEMENT, LLC hereby give notice that Stephen Luther Taeusch
3  of Morgan, Lewis & Bockius, LLP, is being substituted as counsel, replacing Ann Marie Reding,
4  formerly of Morgan, Lewis & Bockius, LLP, in this case.

Dated: May 3, 2011                             MORGAN, LEWIS & BOCKIUS LLP

                                               By    /s/ Stephen Taeusch
                                                  Stephen Taeusch
                                                  Attorneys for Defendants
                                                  COMCAST CORPORATION and
                                                  COMCAST CABLE COMMUNICATIONS
                                                  MANAGEMENT, LLC

DB2/22426663.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1                                SUBSTITUTION OF ATTORNEY
                                 (CASE NO.: CV-10-01929 SI)