DANIEL BERKO (94912)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Fax: (415) 474-3748
Email: berkolaw@sbcglobal.net

MICHAEL VON LOEWENFELDT (178665)
DANIEL A. ZAHEER (237118)
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
E-mail: mvl@kerrwagstaffe.com
E-mail: zaheer@kerrwagstaffe.com

Attorneys for Plaintiffs
JASON TOY and CHEIDU NWAMUO on behalf of themselves and all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

JASON TOY and CHIEDU NWAMUO, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

TRIWIRE ENGINEERING SOLUTIONS, INC., COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC and DOES 1 THROUGH 60 inclusive,

Defendants.

Case No. 10-CV-1929 (SI)

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF COMCAST CORPORATION AND COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereto stipulate that Plaintiffs' claims against COMCAST CORPORATION and COMCAST CABLE COMMUNICATIONS MANAGEMENT LLC are dismissed without prejudice. Each party shall bear its own costs and fees with respect to the dismissed claims.

The claims against TRIWIRE ENGINEERING SOLUTIONS, INC. are not dismissed or otherwise affected by this stipulation.

IT IS SO STIPULATED:

DATED: May 12, 2011

**KERR & WAGSTAFFE LLP**

By /s/
MICHAEL VON LOEWENFELDT

Attorneys for Plaintiffs
JASON TOY and CHEIDU NWAMUO on behalf of themselves and all others similarly situated

DATED: May 12, 2011

**MORGAN, LEWIS & BOCKIUS LLP**

By /s/
DARYL LANDY

Attorneys for Defendants
COMAST CORPORATION and COMCAST CABLE COMMUNICATIONS, LLC

DATED: May 12, 2011

**LITTLER MENDELSON**

By /s/
RONALD A. PETERS
BENJAMIN A. EMMERT

Attorneys for Defendants
TRIWIRE ENGINEERING SOLUTIONS, INC.

I, Michael von Loewenfeldt, am the ECF User whose ID and password are being used to file this Stipulation For Dismissal Without Prejudice Of Comcast Corporation And Comcast Cable Communications Management LLC. In compliance with General Order 45, X.B., I hereby attest that Daryl Landy and Benjamin A. Emmert, counsel for Defendants, have concurred in this filing.

DATED: May 12, 2011

**KERR & WAGSTAFFE LLP**

By /s/
MICHAEL VON LOEWENFELDT

Attorneys for Plaintiffs
JASON TOY and CHEIDU NWAMUO on behalf of themselves and all others similarly situated

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Susan Illston
Judge Susan Illston

