IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASON TOY and CHIEDU NWAMUO, on behalf of themselves and all others similarly situated,

        Plaintiffs,

  v.

TRIWIRE ENGINEERING SOLUTIONS, INC., *et al.*,

        Defendants.
        /

No. C 10-1929 SI

**ORDER RE: DISCOVERY**

Plaintiffs have filed a motion to compel discovery responses from defendant Triwire Engineering Solutions, Inc. Triwire objects to the motion on numerous grounds, including on the basis that the parties did not meet and confer regarding Triwire's amended discovery responses prior to plaintiffs filing the motion.

The Court directs the parties to engage in an in-person meet and confer regarding the disputes raised by the parties' letter briefs. To the extent that Triwire asserts that the discovery sought is privileged (e.g., attorney client communications), Triwire shall produce a privilege log to plaintiffs prior to the meet and confer session. If the parties are unable to resolve their disputes after the in-person meet and confer, the parties shall submit a single joint letter of no more than 5 pages succinctly setting forth the outstanding disputes and each party's position. The parties need not resubmit any exhibits and may cite the previously-submitted exhibits by docket number.

**IT IS SO ORDERED.**

Dated: May 19, 2011

SUSAN ILLSTON
United States District Judge